**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ORLANDO SALVADOR URQUIZA DURAN,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-2009-G** |
| **WARDEN, Cimarron Correctional Facility,** | ) | |
| **Respondent.** | ) | |

**ORDER**

On August 3, 2026, Petitioner Orlando Salvador Urquiza Duran filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Chris M. Stephens for preliminary review.

On September 3, 2026, Judge Stephens issued a Report and Recommendation ("R. & R.," Doc. No. 7) recommending that this action be dismissed without prejudice due to Petitioner's failure to comply with the Court's Orders and local rules. In the R. & R., Judge Stephens advised Petitioner of the right to object to the R. & R. by September 17, 2026. Judge Stephens also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions in the R. & R.

Petitioner did not file an objection to the R. & R. or request additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 7) is ADOPTED in its entirety.

The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 30th day of October, 2026.

CHARLES B. GOODWIN
United States District Judge